# EXHIBIT 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, LLC, YUCAIPA AMERICAN MANAGEMENT, LLC, AMERICAN AIRLINES MASTER FIXED BENEFIT PENSION PLAN TRUST, AMERICAN PRIVATE EQUITY PARTNERS II, LP, AUTOMOTIVE MACHINISTS PENSION TRUST, BOARD OF FIRE AND POLICE PENSION COMMISSIONERS OF THE CITY OF LOS ANGELES, CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, COLLER PARTNERS 702 LP INCORPORATED, CLOUSE S.A., CONSOLIDATED RETIREMENT FUND, IAM PRIVATE EQUITY, LLC, ILGWU DEATH BENEFIT FUND 4, INTERNATIONAL SIF SICAV SA, LOCALS 302 & 612 OF THE INTERNATIONAL UNION OF | Adv. Proc. No. 21-51179-CSS |

---

[1]　　The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). Debtors address for service of process is 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.

128035975.2

128395864.1

OPERATING ENGINEERS – EMPLOYERS
CONSTRUCTION INDUSTRY RETIREMENT TRUST,
LOS ANGELES CITY EMPLOYEES' RETIREMENT
SYSTEM, NATIONAL RETIREMENT FUND, NEW
MEXICO STATE INVESTMENT COUNCIL, NEW
MEXICO STATE INVESTMENT COUNCIL LAND
GRANT PERMANENT FUND, NEW MEXICO STATE
INVESTMENT COUNCIL SEVERANCE TAX
PERMANENT FUND, NEW YORK CITY
EMPLOYEES' RETIREMENT SYSTEM, NEW YORK
CITY FIRE DEPARTMENT PENSION FUND, NEW
YORK CITY POLICE PENSION FUND, NORTHEAST
CARPENTERS PENSION FUND, PACIFIC COAST
ROOFERS PENSION PLAN, SANBA II INVESTMENT
AUTHORITY, STATE STREET BANK AND TRUST
COMPANY (AS TRUSTEE ON BEHALF OF
AMERICAN AIRLINES MASTER FIXED BENEFIT
PENSION PLAN TRUST); STEAMSHIP TRADE
ASSOCIATION OF BALTIMORE, INC. –
INTERNATIONAL LONGSHOREMEN'S
ASSOCIATION (AFL-CIO) PENSION FUND,
TEACHERS' RETIREMENT SYSTEM OF THE CITY
OF NEW YORK, UNITED FOOD AND
COMMERCIAL WORKERS INTERNATIONAL
UNION PENSION PLAN FOR EMPLOYEES,
WESTERN CONFERENCE OF TEAMSTERS
PENSION TRUST

Defendants.

**STIPULATION ACCEPTING SERVICE AND EXTENDING DEADLINE TO RESPOND TO LITIGATION TRUSTEE'S COMPLAINT TO (I) AVOID AND RECOVER AVOIDABLE TRANSFERS, AND (II) FOR A DECLARATION OF LIABILITY AGAINST YUCAIPA AMERICAN ALLIANCE FUND I, LLC**

This Stipulation is entered into by and between Plaintiff Catherine E. Youngman, in her capacity as the Litigation Trustee and Plan Administrator for ASHINC Corporation and related debtors (the "Trustee" or "Plaintiff"), and Yucaipa American Alliance Fund I, LLC and Yucaipa American Management, LLC, (collectively, the "Yucaipa Defendants").

128395864.1

WHEREAS, on October 6, 2021, the Trustee filed the *Litigation Trustee's Complaint to (I) Avoid and Recover Avoidable Transfers, and (II) for a Declaration of Liability Against Yucaipa American Alliance Fund I, LLC* (the "Complaint") [D.I. 1].

WHEREAS, pursuant to the Summons issued in support of the Complaint (the "Summons") [D.I. 3], the deadline for the Yucaipa Defendants to respond to the Complaint is December 1, 2021.

WHEREAS, the Yucaipa Defendants, through counsel, agree to accept service of the Complaint.

WHEREAS, the Trustee and the Yucaipa Defendants agree to extend the deadline for the Yucaipa Defendants to respond to the Complaint to February 11, 2022, as set forth herein.

NOW, THEREFORE, it is stipulated and agreed to as follows:

1. Counsel for the Yucaipa Defendants accepts service of the Complaint.

2. The Yucaipa Defendants' response to the Complaint shall be due **on or before February 11, 2022**.

[remainder of page intentionally left blank]

128395864.1

Dated: December 1, 2021

| | |
|---|---|
| **FOX ROTHSCHILD LLP** | **PACHULSKI STANG ZIEHL & JONES LLP** |
| */s/ Seth A. Niederman* <br> Seth A. Niederman (DE Bar No. 4588) <br> Citizens Bank Center <br> 919 N. Market Street, Suite 300 <br> Wilmington, DE 19801 <br> Tel.: (302) 654-7444 <br> Fax: (302) 656-8920 <br> sniederman@foxrothschild.com | */s/ Laura Davis Jones* <br> Laura Davis Jones (DE Bar No. 2436) <br> David M. Bertenthal (CA Bar No. 167624) <br> Peter J. Keane (DE Bar No. 5503) <br> 919 N. Market Street, 17th Floor <br> P.O. Box 8705 <br> Wilmington, DE 19899-8705 (Courier 19801) <br> Telephone: (302) 652-4100 <br> Fax: (302) 652-4400 <br> Email: ljones@pszjlaw.com <br>       dbertenthal@pszjlaw.com <br>       pkeane@pszjlaw.com |
| -and- | -and- |
| **JOSEPH HAGE AARONSON LLC** | **GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP** |
| Gregory P. Joseph <br> Douglas J. Pepe <br> Gila S. Singer <br> 485 Lexington Avenue, 30th Floor <br> New York, NY 10017 <br> Telephone: (212) 407-1200 <br> gjoseph@jhany.com | Patricia L. Glaser (admitted pro hac vice) <br> Gali Grant (admitted pro hac vice) <br> Matthew P. Bernstein (admitted pro hac vice) <br> 10250 Constellation Blvd. <br> 19th Floor <br> Los Angeles, CA 90067 <br> Telephone: (310) 553-3000 <br> Fax: (310) 556-2920 <br> Email: pglaser@glaserweil.com <br>       ggrant@glaserweil.com <br>       mbernstein@glaserweil.com |
| -and- | Counsel for the Yucaipa Defendants |
| **ZAIGER LLC** | |
| Jeffrey H. Zaiger <br> Judd A. Lindenfeld <br> 2187 Atlantic Street, 9th Floor <br> Stamford, CT 06902 <br> Telephone: (917) 572-7701 <br> jzaiger@zaigerllc.com | |
| *Counsel for Plaintiff Catherine E. Youngman, Litigation Trustee and Plan Administrator* | |

128395864.1