# EXHIBIT 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS,<br><br>                      Plaintiff,<br><br>                      v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, LLC, YUCAIPA AMERICAN MANAGEMENT, LLC, AMERICAN AIRLINES MASTER FIXED BENEFIT PENSION PLAN TRUST, AMERICAN PRIVATE EQUITY PARTNERS II, LP, AUTOMOTIVE MACHINISTS PENSION TRUST, BOARD OF FIRE AND POLICE PENSION COMMISSIONERS OF THE CITY OF LOS ANGELES, CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, COLLER PARTNERS 702 LP INCORPORATED, CLOUSE S.A., CONSOLIDATED RETIREMENT FUND, IAM PRIVATE EQUITY, LLC, ILGWU DEATH BENEFIT FUND 4, INTERNATIONAL SIF SICAV SA,  LOCALS 302 & 612 OF THE INTERNATIONAL UNION OF | Adv. Proc. No. 21-51179-CSS |

---

[1]     The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582).  Debtors address for service of process is 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.

128035975.3

130355442.1

| |
|---|
| OPERATING ENGINEERS – EMPLOYERS CONSTRUCTION INDUSTRY RETIREMENT TRUST, LOS ANGELES CITY EMPLOYEES' RETIREMENT SYSTEM, NATIONAL RETIREMENT FUND, NEW MEXICO STATE INVESTMENT COUNCIL, NEW MEXICO STATE INVESTMENT COUNCIL LAND GRANT PERMANENT FUND, NEW MEXICO STATE INVESTMENT COUNCIL SEVERANCE TAX PERMANENT FUND, NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, NEW YORK CITY FIRE DEPARTMENT PENSION FUND, NEW YORK CITY POLICE PENSION FUND, NORTHEAST CARPENTERS PENSION FUND, PACIFIC COAST ROOFERS PENSION PLAN, SANBA II INVESTMENT AUTHORITY, STATE STREET BANK AND TRUST COMPANY (AS TRUSTEE ON BEHALF OF AMERICAN AIRLINES MASTER FIXED BENEFIT PENSION PLAN TRUST); STEAMSHIP TRADE ASSOCIATION OF BALTIMORE, INC. – INTERNATIONAL LONGSHOREMEN'S ASSOCIATION (AFL-CIO) PENSION FUND, TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK, UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION PENSION PLAN FOR EMPLOYEES, WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST |
|         Defendants. |

**STIPULATION FURTHER EXTENDING THE DEADLINE TO RESPOND TO LITIGATION TRUSTEE'S COMPLAINT TO (I) AVOID AND RECOVER AVOIDABLE TRANSFERS, AND (II) FOR A DECLARATION OF LIABILITY AGAINST YUCAIPA AMERICAN ALLIANCE FUND I, LLC**

This Stipulation is entered into by and between Plaintiff Catherine E. Youngman, in her capacity as the Litigation Trustee and Plan Administrator for ASHINC Corporation and related debtors (the "Trustee" or "Plaintiff"), and Defendants American Airlines Master Fixed Benefit Pension Plan Trust, American Private Equity Partners II, LP, Automotive Machinists Pension Trust, Board Of Fire And Police Pension Commissioners Of The City Of Los Angeles, California

Public Employees' Retirement System, Carpenters Pension Trust Fund For Northern California, Coller Partners 702 LP Incorporated, Clouse S.A., Consolidated Retirement Fund, IAM Private Equity, LLC, ILGWU Death Benefit Fund 4, International Sif Sicav SA, Locals 302 & 612 Of The International Union Of Operating Engineers – Employers Construction Industry Retirement Trust, Los Angeles City Employees' Retirement System, National Retirement Fund, New Mexico State Investment Council, New Mexico State Investment Council Land Grant Permanent Fund, New Mexico State Investment Council Severance Tax Permanent Fund, New York City Employees' Retirement System, New York City Fire Department Pension Fund, New York City Police Pension Fund, Northeast Carpenters Pension Fund, Pacific Coast Roofers Pension Plan, Sanba II Investment Authority, State Street Bank And Trust Company (As Trustee On Behalf Of American Airlines Master Fixed Benefit Pension Plan Trust); Steamship Trade Association Of Baltimore, Inc. – International Longshoremen's Association (AFL-CIO) Pension Fund, Teachers' Retirement System Of The City Of New York, United Food And Commercial Workers International Union Pension Plan For Employees and Western Conference Of Teamsters Pension Trust (collectively, the "Non-Yucaipa Defendants").

WHEREAS, on October 6, 2021, the Trustee filed the *Litigation Trustee's Complaint to (I) Avoid and Recover Avoidable Transfers, and (II) for a Declaration of Liability Against Yucaipa American Alliance Fund I, LLC* (the "Complaint") [D.I. 1].

WHEREAS, pursuant to the Summons issued in support of the Complaint (the "Summons") [D.I. 3], the deadline for the Non-Yucaipa Defendants to respond to the Complaint was December 1, 2021.

WHEREAS, the Trustee and certain of the Non-Yucaipa Defendants entered into Stipulations extending the deadline for those Non-Yucaipa Defendants to respond to the Complaint

until February 11, 2022, which Stipulations were approved by the Court pursuant to Orders dated December 2, 10, and 26, 2021 [D.I. 9, 21 and 23].

WHEREAS, the Trustee and the Non-Yucaipa Defendants have agreed to further extend the time for the Non-Yucaipa Defendants to respond to the Complaint until March 1, 2022; and

WHEREAS, the Non-Yucaipa Defendants reserve their rights to assert all defenses, including but not limited to those based on personal and subject matter jurisdiction in this adversary proceeding.

NOW, THEREFORE, it is stipulated and agreed to as follows:

1. To the extent not already done so, the Non-Yucaipa Defendants waive service of the Complaint.

2. The Non-Yucaipa Defendants' responses to the Complaint shall be due **on or before March 1, 2022**.

3. The Pre-Trial Conference in the above-captioned adversary proceeding shall be continued until a date/time after March 1, 2022, based on the Court's availability.

[Signatures On Following Pages]

Dated: February 10, 2022

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE Bar No. 4588)
Citizens Bank Center
919 N. Market Street, Suite 300
Wilmington, DE 19801
Tel.: (302) 654-7444
Fax: (302) 656-8920
sniederman@foxrothschild.com

-and-

**JOSEPH HAGE AARONSON LLC**

Gregory P. Joseph
Gila S. Singer
485 Lexington Avenue, 30th Floor
New York, NY 10017
Telephone: (212) 407-1200
gjoseph@jhany.com

-and-

**ZAIGER LLC**

Jeffrey H. Zaiger
Judd A. Lindenfeld
2187 Atlantic Street, 9th Floor
Stamford, CT 06902
Telephone: (917) 572-7701
jzaiger@zaigerllc.com

**COHEN & GRESSER LLP**

Douglas J. Pepe
800 Third Avenue
New York, NY 10022
Telephone: (212) 957-7605
dpepe@cohengresser.com

*Counsel for Plaintiff Catherine E. Youngman,
Litigation Trustee and Plan Administrator*

Attorneys for the LP Defendants[2]

By: */s/L. Katherine Good*
Christopher M. Samis
L. Katherine Good
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
Telephone: 302-984-6000
Facsimile: 302-658-1192
Email: csamis@potteranderson.com
kgood@potteranderson.com

- and -

Michael Etkin, Esq.
Andrew Behlmann, Esq.
Nicole Fulfree, Esq.
Colleen Maker, Esq.
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, NJ 07068
Telephone: 973-597-2500
Facsimile: 973-597-2400
Email: metkin@lowenstein.com
abehlmann@lowenstein.com
nfulfree@lowenstein.com
cmaker@lowenstein.com

---

[2] The LP Defendants are: American Private Equity Partners II, LP; American Airlines Master Fixed Benefit Pension Plan Trust; California Public Employees' Retirement System; Carpenters Pension Trust for Northern California; Clouse S.A.; Coller Partners 702 LP Incorporated; Consolidated Retirement Fund; IAM Private Equity, LLC; ILGWU Death Benefit Fund 4; International SIF SICAV SA; Locals 302 & 612 Of The International Union Of Operating Engineers – Employers Construction Industry Retirement Trust; National Retirement Fund; New Mexico State Investment Council; New Mexico State Investment Council Land Grant Permanent Fund; New Mexico State Investment Council Severance Tax Permanent Fund; New York City Employees' Retirement System; New York City Fire Department Pension Fund; New York City Police Pension Fund; Northeast Carpenters Pension Fund; Pacific Coast Roofers Pension Plan; Sanba II Investment Authority; State Street Bank And Trust Company (As Trustee On Behalf of American Airlines Master Fixed Benefit Pension Plan Trust); Steamship Trade Association of Baltimore, Inc. – International Longshoremen's; Association (AFL-CIO) Pension Fund; Teachers' Retirement System of the City of New York; United Food and Commercial Workers International Union Pension Plan for Employees; and Western Conference of Teamsters Pension Trust

Attorneys for Defendants Board of Fire and
Police Pension Commissioners of the City of
Los Angeles and Los Angeles City Employees' Retirement System


By: */s/ Uzzi O. Raanan*
Uzzi O. Raanan
**DANNING, GILL, ISRAEL & KRASNOFF, LLP**
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
Email: uraanan@DanningGill.com