# EXHIBIT 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS,<br><br>                Plaintiff,<br><br>                v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, LLC, YUCAIPA AMERICAN MANAGEMENT, LLC, AMERICAN AIRLINES MASTER FIXED BENEFIT PENSION PLAN TRUST, AMERICAN PRIVATE EQUITY PARTNERS II, LP, AUTOMOTIVE MACHINISTS PENSION TRUST, BOARD OF FIRE AND POLICE PENSION COMMISSIONERS OF THE CITY OF LOS ANGELES, CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, COLLER PARTNERS 702 LP INCORPORATED, CLOUSE S.A., CONSOLIDATED RETIREMENT FUND, IAM PRIVATE EQUITY, LLC, ILGWU DEATH BENEFIT FUND 4, INTERNATIONAL SIF SICAV SA,  LOCALS 302 & 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS – EMPLOYERS | Adv. Proc. No. 21-51179-CSS |

---

[1]     The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582).  Debtors address for service of process is 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.

128035975.2

131231288.1

| |
|---|
| CONSTRUCTION INDUSTRY RETIREMENT TRUST, LOS ANGELES CITY EMPLOYEES' RETIREMENT SYSTEM, NATIONAL RETIREMENT FUND, NEW MEXICO STATE INVESTMENT COUNCIL, NEW MEXICO STATE INVESTMENT COUNCIL LAND GRANT PERMANENT FUND, NEW MEXICO STATE INVESTMENT COUNCIL SEVERANCE TAX PERMANENT FUND, NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, NEW YORK CITY FIRE DEPARTMENT PENSION FUND, NEW YORK CITY POLICE PENSION FUND, NORTHEAST CARPENTERS PENSION FUND, PACIFIC COAST ROOFERS PENSION PLAN, SANBA II INVESTMENT AUTHORITY, STATE STREET BANK AND TRUST COMPANY (AS TRUSTEE ON BEHALF OF AMERICAN AIRLINES MASTER FIXED BENEFIT PENSION PLAN TRUST); STEAMSHIP TRADE ASSOCIATION OF BALTIMORE, INC. – INTERNATIONAL LONGSHOREMEN'S ASSOCIATION (AFL-CIO) PENSION FUND, TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK, UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION PENSION PLAN FOR EMPLOYEES, WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST |
| Defendants. |

**STIPULATION FURTHER EXTENDING DEADLINE TO RESPOND TO LITIGATION TRUSTEE'S COMPLAINT TO (I) AVOID AND RECOVER AVOIDABLE TRANSFERS, AND (II) FOR A DECLARATION OF <u>LIABILITY AGAINST YUCAIPA AMERICAN ALLIANCE FUND I, LLC</u>**

This Stipulation is entered into by and between Plaintiff Catherine E. Youngman, in her capacity as the Litigation Trustee and Plan Administrator for ASHINC Corporation and related debtors (the "<u>Trustee</u>" or "<u>Plaintiff</u>"), and Yucaipa American Alliance Fund I, LLC and Yucaipa American Management, LLC, (collectively, the "<u>Yucaipa Defendants</u>").

WHEREAS, on October 6, 2021, the Trustee filed the *Litigation Trustee's Complaint to (I) Avoid and Recover Avoidable Transfers, and (II) for a Declaration of Liability Against Yucaipa American Alliance Fund I, LLC (the "Complaint")* [D.I. 1].

131231288.1

WHEREAS, pursuant to the Summons issued in support of the Complaint (the "Summons") [D.I. 3], the deadline for the Yucaipa Defendants to respond to the Complaint was December 1, 2021.

WHEREAS, the Trustee and the Yucaipa Defendants entered into a Stipulation extending the deadline for the Yucaipa Defendants to answer until March 1, 2022, which Stipulation was approved by the Court pursuant to an Order dated February 11, 2022 [D.I. 41].

WHEREAS the Trustee and the Yucaipa Defendants have agreed to further extend the time for the Yucaipa Defendants to answer the Complaint until April 1, 2022.

NOW, THEREFORE, it is stipulated and agreed to as follows:

1. The Yucaipa Defendants' response to the Complaint shall be due **on or before April 1, 2022**.

2. The Pre-Trial Conference in the above-captioned adversary proceeding shall be continued until a date/time after April 1, 2022, based on the Court's availability.

[Signatures on next page]

131231288.1

Dated:  February 28, 2022

| | |
|---|---|
| **FOX ROTHSCHILD LLP** | **PACHULSKI STANG ZIEHL & JONES LLP** |
| */s/ Seth A. Niederman* | */s/ Peter J. Keane* |
| Seth A. Niederman (DE Bar No. 4588) | Laura Davis Jones (DE Bar No. 2436) |
| Citizens Bank Center | David M. Bertenthal (CA Bar No. 167624) |
| 919 N. Market Street, Suite 300 | Peter J. Keane (DE Bar No. 5503) |
| Wilmington, DE 19801 | 919 N. Market Street, 17th Floor |
| Tel.: (302) 654-7444 | P.O. Box 8705 |
| Fax: (302) 656-8920 | Wilmington, DE 19899-8705 (Courier 19801) |
| sniederman@foxrothschild.com | Telephone: (302) 652-4100 |
| | Fax: (302) 652-4400 |
| -and- | Email: ljones@pszjlaw.com |
| | dbertenthal@pszjlaw.com |
| **JOSEPH HAGE AARONSON LLC** | pkeane@pszjlaw.com |
| Gregory P. Joseph | -and- |
| Gila S. Singer | |
| 485 Lexington Avenue, 30th Floor | **GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP** |
| New York, NY 10017 | |
| Telephone: (212) 407-1200 | Patricia L. Glaser (admitted pro hac vice) |
| gjoseph@jhany.com | Gali Grant (admitted pro hac vice) |
| | Matthew P. Bernstein (admitted pro hac vice) |
| -and- | 10250 Constellation Blvd. |
| | 19th Floor |
| **ZAIGER LLC** | Los Angeles, CA 90067 |
| | Telephone: (310) 553-3000 |
| Jeffrey H. Zaiger | Fax: (310) 556-2920 |
| Judd A. Lindenfeld | Email: pglaser@glaserweil.com |
| 2187 Atlantic Street, 9th Floor | ggrant@glaserweil.com |
| Stamford, CT 06902 | mbernstein@glaserweil.com |
| Telephone: (917) 572-7701 | |
| jzaiger@zaigerllc.com | *Counsel for the Yucaipa Defendants* |
| -and- | |
| **COHEN & GRESSER LLP** | |
| Douglas J. Pepe | |
| 800 Third Avenue | |
| New York, NY 10022 | |
| Telephone: (212) 957-7605 | |
| dpepe@cohengresser.com | |
| *Counsel for Plaintiff Catherine E. Youngman, Litigation Trustee and Plan Administrator* | |

131231288.1