**CERTIFICATE OF SERVICE**

      I, L. Katherine Good, do hereby certify that on March 4, 2022, a copy of the foregoing **LP Defendants' Motion to Withdraw the Reference Pursuant to 28 U.S.C. § 157(d) and Federal Rule of Bankruptcy Procedure 5011** was served via email and via the Court's ECF system on the parties listed on **Exhibit A**.

      */s/ L. Katherine Good*
      L. Katherine Good (No. 5101)

**Counsel for Plaintiff Catherine E. Youngman, Litigation Trustee and Plan Administrator**
Fox Rothschild LLP
Seth A. Niederman
Citizens Bank Center
919 N. Market Street
Suite 300
Wilmington, DE 19801
sniederman@foxrothschild.com

**Counsel for Plaintiff Catherine E. Youngman, Litigation Trustee and Plan Administrator**
Zaiger LLC
Jeffrey H. Zaiger
2187 Atlantic Street, 9th Floor
Stamford, CT 06902
jzaiger@zaigerllc.com

**Counsel for the Yucaipa Defendants**
Glaser Weil Fink Howard Avchen & Shapiro LLP
Patricia L. Glaser
Gali Grant
Matthew P. Bernstein
10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
pglaser@glaserweil.com
ggrant@glaserweil.com
mbernstein@glaserweil.com

**Counsel for Board of Fire and Police Pension Commissioners of the City of Los Angeles and Los Angeles City Employees' Retirement System**
Danning, Gill, Israel & Krasnoff, LLP
Uzzi O. Raanan
1901 Avenue of the Stars
Suite 450 Los Angeles, CA 90067-6006
uraanan@DanningGill.com

**Counsel for Plaintiff Catherine E. Youngman, Litigation Trustee and Plan Administrator**
Joseph Hage Aaronson LLC
Gregory P. Joseph
Gila S. Singer
485 Lexington Avenue, 30th Floor
New York, NY 10017
gjoseph@jhany.com
gsinger@jhany.com

**Counsel for the Yucaipa Defendants**
Pachulski Stang Ziehl & Jones LLP
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
ljones@pszjlaw.com
dbertenthal@pszjlaw.com
pkeane@pszjlaw.com

**Counsel for Plaintiff Catherine E. Youngman, Litigation Trustee and Plan Administrator**
COHEN & GRESSER LLP
Douglas J. Pepe
800 Third Avenue New York, NY 10022
Telephone: (212) 957-7605
dpepe@cohengresser.com

2