**EXHIBIT A**
LP Defendants

| No. | LP Defendant |
|---|---|
| 1 | American Private Equity Partners II, LP |
| 2 | American Airlines Master Fixed Benefit Pension Plan Trust*[15] |
| 3 | California Public Employees' Retirement System |
| 4 | Carpenters Pension Trust for Northern California* |
| 5 | Clouse S.A. |
| 6 | Coller Partners 702 LP Incorporated |
| 7 | Consolidated Retirement Fund* |
| 8 | IAM Private Equity, LLC* |
| 9 | ILGWU Death Benefit Fund 4* |
| 10 | International SIF SICAV SA |
| 11 | Locals 302 & 612 Of The Int'l Union Of Operating Engineers – Employers Construction Industry Retirement Trust* |
| 12 | National Retirement Fund* |
| 13 | New Mexico State Investment Council |
| 14 | New Mexico State Investment Council Land Grant Permanent Fund |
| 15 | New Mexico State Investment Council Severance Tax Permanent Fund |
| 16 | New York City Employees' Retirement System |
| 17 | New York City Fire Department Pension Fund |
| 18 | New York City Police Pension Fund |
| 19 | Northeast Carpenters Pension Fund* |
| 20 | Pacific Coast Roofers Pension Plan* |
| 21 | Sanba II Investment Authority |
| 22 | State Street Bank and Trust Company (as Trustee on behalf of Am. Airlines Master Fixed Benefit Pension Plan Trust) |
| 23 | Steamship Trade Association of Baltimore, Inc. – Int'l Longshoremen's Association (AFL-CIO) Pension Fund* |
| 24 | Teachers' Retirement System of the City of New York |
| 25 | United Food and Commercial Workers International Union Pension Plan for Employees* |
| 26 | Western Conference of Teamsters Pension Trust* |

---

[1] LP Defendants followed with an asterisk represent the ERISA LP Defendants.