# TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE
## TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Case Number: 21-51179  ◯ BK  ● AP

If AP, Related BK Case Number: 12-11564

Name of Debtor: ASHINC Corporation

Is this Withdrawal of Reference for the whole case? ● Yes ◯ No

Cause of Transmittal: Recovery of money/property

Items being Transmitted:

| | Docket Number | Date Filed |
|---|---|---|
| ☑ Withdrawal of Reference | 46 | 3/4/22 |
| ☐ Motion being Withdrawn | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |

**Petitioner(s)**
YUCAIPA AMERICAN ALLIANCE FUND I, LLC, et al.

**Petitioner's Counsel**
Potter Anderson
Christopher Samis
L. Katherine Good

**Respondent(s)**
CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL.

**Respondent's Counsel**
Fox Rothschild
Seth Niederman

**Notes**