## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ASHINC Corporation, *et al.* <br><br> Debtors. <br><br> CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS, <br><br> Plaintiff, <br><br> v. <br><br> YUCAIPA AMERICAN ALLIANCE FUND I, LLC, YUCAIPA AMERICAN MANAGEMENT, LLC, *et al.* <br> Defendants. | Chapter 11 <br><br> Case No. 12-11564 (CSS) <br><br> Jointly Administered <br><br> Adv. Pro. No. 21-51179-CSS |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel hereby moves for the admission *pro hac vice* of Steven F. Molo of MoloLamken LLP, to represent Catherine E. Youngman, Litigation Trustee in this action and any related proceedings.

Dated: May 2, 2022  
Wilmington, Delaware

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*  
Seth A. Niederman (DE No. 4588)  
919 N. Market Street, Suite 300  
Wilmington, DE 19801-3062  
Telephone: (302) 654-7444/Facsimile: (302) 656-8920  
sniederman@foxrothschild.com  
*Counsel to the Litigation Trustee*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

   Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Date: May 2, 2022                                       */s/  Steven F. Molo*
                   STEVEN F. MOLO
                   MOLOLAMKEN LLP
                   430 Park Avenue
                   New York, NY 10022
                   Telephone: 212-607-8170
                   Email: smolo@mololamken.com