**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ASHINC Corporation, *et al.* | Case No. 12-11564 (CSS) |
| Debtors. | Jointly Administered |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS, | Adv. Pro. No. 21-51179-CSS |
| Plaintiff, | |
| v. | |
| YUCAIPA AMERICAN ALLIANCE FUND I, LLC, YUCAIPA AMERICAN MANAGEMENT, LLC, *et al.* | |
| Defendants. | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel hereby moves for the admission *pro hac vice* of Jordan Rice of MoloLamken LLP, to represent Catherine E. Youngman, Litigation Trustee in this action and any related proceedings.

Dated: May 2, 2022  
Wilmington, Delaware

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*  
Seth A. Niederman (DE No. 4588)  
919 N. Market Street, Suite 300  
Wilmington, DE 19801-3062  
Telephone: (302) 654-7444/Facsimile: (302) 656-8920  
sniederman@foxrothschild.com  
*Counsel to the Litigation Trustee*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Date: May 2, 2022

        /s/ *Jordan Rice*
        JORDAN RICE
        MOLOLAMKEN LLP
        300 North LaSalle Street
        Chicago, IL 60654
        Telephone: 312.450.6709
        Email: jrice@mololamken.com