# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br><br>Jointly Administered |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS,<br><br>Plaintiff,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, LLC, YUCAIPA AMERICAN MANAGEMENT, LLC, *et al.*<br><br>Defendants. | Adv. Pro. No. 21-51179-CSS |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel hereby moves for the admission *pro hac vice* of Ryan Yeh of MoloLamken LLP, to represent Catherine E. Youngman, Litigation Trustee in this action and any related proceedings.

Dated: May 2, 2022  
Wilmington, Delaware

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*  
Seth A. Niederman (DE No. 4588)  
919 N. Market Street, Suite 300  
Wilmington, DE 19801-3062  
Telephone: (302) 654-7444/Facsimile: (302) 656-8920  
sniederman@foxrothschild.com  
*Counsel to the Litigation Trustee*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Date: May 2, 2022          /s/ Ryan Yeh
                                         RYAN YEH
                                         MOLOLAMKEN LLP
                                         430 Park Avenue
                                         New York, NY 10022
                                         Telephone: 212.607.8179
                                         Email: ryeh@mololamken.com