## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*<br><br>_____ Debtors. _____ | Chapter 11<br><br>Case No. 12-11564 (CSS)<br><br>Jointly Administered |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS,<br><br>Plaintiff,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, LLC, YUCAIPA AMERICAN MANAGEMENT, LLC, *et al.*<br><br>Defendants. | Adv. Pro. No. 21-51179-CSS |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel hereby moves for the admission *pro hac vice* of Justin M. Ellis of MoloLamken LLP, to represent Catherine E. Youngman, Litigation Trustee in this action and any related proceedings.

Dated: May 2, 2022
Wilmington, Delaware

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 N. Market Street, Suite 300
Wilmington, DE  19801-3062
Telephone: (302) 654-7444/Facsimile: (302) 656-8920
sniederman@foxrothschild.com
*Counsel to the Litigation Trustee*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and Washington and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.


Date: May 2, 2022

/s/  Justin M. Ellis
JUSTIN M. ELLIS
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
Telephone: 212-607-8159
Email: jellis@mololamken.com