**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS,<br><br>               Plaintiff,<br><br>               v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, LLC, YUCAIPA AMERICAN MANAGEMENT, LLC, AMERICAN AIRLINES MASTER FIXED BENEFIT PENSION PLAN TRUST, AMERICAN PRIVATE EQUITY PARTNERS II, LP, AUTOMOTIVE MACHINISTS PENSION TRUST, BOARD OF FIRE AND POLICE PENSION COMMISSIONERS OF THE CITY OF LOS ANGELES, CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, COLLER PARTNERS 702 LP INCORPORATED, CLOUSE S.A., CONSOLIDATED RETIREMENT FUND, IAM PRIVATE EQUITY, LLC, ILGWU DEATH BENEFIT FUND 4, INTERNATIONAL SIF SICAV SA, LOCALS 302 & 612 OF THE INTERNATIONAL UNION OF | Adv. Proc. No. 21-51179 |

---

1        The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (455215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). Debtors address for service of process is 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.

CONSTRUCTION INDUSTRY RETIREMENT TRUST, LOS ANGELES CITY EMPLOYEES' RETIREMENT SYSTEM, NATIONAL RETIREMENT FUND, NEW MEXICO STATE INVESTMENT COUNCIL, NEW MEXICO STATE INVESTMENT COUNCIL LAND GRANT PERMANENT FUND, NEW MEXICO STATE INVESTMENT COUNCIL SEVERANCE TAX PERMANENT FUND, NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, NEW YORK CITY FIRE DEPARTMENT PENSION FUND, NEW YORK CITY POLICE PENSION FUND, NORTHEAST CARPENTERS PENSION FUND, PACIFIC COAST ROOFERS PENSION PLAN, SANBA II INVESTMENT AUTHORITY, STATE STREET BANK AND TRUST COMPANY (AS TRUSTEE ON BEHALF OF AMERICAN AIRLINES MASTER FIXED BENEFIT PENSION PLAN TRUST); STEAMSHIP TRADE ASSOCIATION OF BALTIMORE, INC. – INTERNATIONAL LONGSHOREMEN'S ASSOCIATION (AFL-CIO) PENSION FUND, TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK, UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION PENSION PLAN FOR EMPLOYEES, WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST

 Defendants.

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Rule 9010-2(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Defendants listed on the Schedule 1 attached hereto (hereinafter referred to as the "**LP Defendants**"), hereby appear through their substituted counsel, Bayard, P.A. ("**Bayard**"). The LP Defendants seek to substitute Bayard for their original counsel, Potter Anderson & Corroon LLP ("**Potter**"), in the above-referenced cases.    Potter    will    no    longer

represent the LP Defendants in the above-referenced case in any capacity, and all such

representations will be undertaken by Bayard.


Dated:  May 19, 2022
            Wilmington, Delaware


BAYARD, P.A.                                                POTTER ANDERSON & CORROON LLP

*/s/ Erin R. Fay*                                            */s/ L. Katherine Good*
Erin R. Fay (No. 5268)                               Christopher M. Samis (No. 4909)
Gregory J. Flasser (No. 6154)                    L. Katherine Good (No. 5101)
600 N. King Street, Suite 400                   1313 N. Market Street, 6th Floor
Wilmington, DE 19801                            Wilmington, DE 19801
Telephone: (302) 655-5000                      Telephone: 302-984-6000
Facsimile: (302) 658-6395                        Facsimile: 302-658-1192
E-mail:  efay@bayardlaw.com               Email: csamis@potteranderson.com
            gflasser@bayardlaw.com                    kgood@potteranderson.com

*Substitution Co-Counsel to LP Defendants*        *Former Co-Counsel to LP Defendants*

**Schedule 1**
**("LP Defendants")**

1.  American Airlines Master Fixed Benefit Pension Plan Trust
2.  American Private Equity Partners II, LP
3.  California Public Employees' Retirement System
4.  Carpenters Pension Trust Fund For Northern California
5.  Coller Partners 702 LP Incorporated
6.  Clouse S.A.
7.  Consolidated Retirement Fund
8.  IAM Private Equity, LLC
9.  ILGWU Death Benefit Fund 4
10. International SIF SICAV SA
11. Locals 302 & 612 Of The International Union Of Operating Engineers – Employers Construction Industry Retirement Trust
12. National Retirement Fund
13. New Mexico State Investment Council
14. New Mexico State Investment Council Land Grant Permanent Fund
15. New Mexico State Investment Council Severance Tax Permanent Fund
16. New York City Employees' Retirement System
17. New York City Fire Department Pension Fund
18. New York City Police Pension Fund
19. Northeast Carpenters Pension Fund
20. Pacific Coast Roofers Pension Plan
21. Sanba II Investment Company
22. State Street Bank And Trust Company (As Trustee On Behalf Of American Airlines Master Fixed Benefit Pension Plan Trust)
23. Steamship Trade Association Of Baltimore, Inc. – International Longshoremen's Association (AFL-CIO) Pension Fund
24. Teachers' Retirement System Of The City Of New York
25. United Food And Commercial Workers International Union Pension Plan For Employees
26. Western Conference Of Teamsters Pension Trust