IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ASHINC Corporation, *et al.* <br><br> Debtors. | Chapter 11 <br><br> Case No. 12-11564 (CSS) <br><br> Jointly Administered |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS, <br><br> Plaintiff, <br><br> v. <br><br> YUCAIPA AMERICAN ALLIANCE FUND I, LLC, YUCAIPA AMERICAN MANAGEMENT, LLC, *et al.* <br> Defendants. | Adv. Pro. No. 21-51179-CSS |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel hereby moves for the admission *pro hac vice* of Justin M. Ellis of MoloLamken LLP, to represent Catherine E. Youngman, Litigation Trustee in this action and any related proceedings.

Dated: May 2, 2022
Wilmington, Delaware

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 N. Market Street, Suite 300
Wilmington, DE 19801-3062
Telephone: (302) 654-7444/Facsimile: (302) 656-8920
sniederman@foxrothschild.com
*Counsel to the Litigation Trustee*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: May 23rd, 2022
Wilmington, Delaware

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**